FRANK E. KIRBY, Respondent, *v.* HENRY CLEWS et al., Appellants.

(Argued January 24, 1888; decided February 7, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 15, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Albert Allen Abbott* for appellants.

*Mark D. Wilber* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM ARMOUR, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued January 24, 1888; decided February 7, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 15, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Samuel D. Morris* for appellant.

*Frederick A. Ward* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.